228 So.2d 314

**STATE of Louisiana**

**v.**

**John K. SNYDER.**

No. 50242.

Dec. 2, 1969.

In re: John K. Snyder applying for writs of certiorari, mandamus and prohibition.

Not considered. See Rule XII of this Court.

HAMITER and McCALEB, JJ., are of the opinion that the application should be refused.

228 So.2d 314

**STATE of Louisiana**

**v.**

**Robert E. DAVIS.**

No. 50245.

Dec. 2, 1969.

In re: Robert E. Davis applying for writ of habeas corpus and speedy trial.

Writ denied. The showing made does not warrant the exercise of our supervisory jurisdiction.